UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION



FILED
MAY 07 2015

| | |
|---|---|
| RICHARD LITSCHEWSKI,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT DOOLEY, Warden and<br>MARTY JACKLEY, State of South<br>Dakota Attorney General;<br><br>Defendants. | 1:15-CV-01017-CBK<br><br>OPINION AND ORDER DENYING<br>CERTIFICATE OF APPEALABILITY |

TO THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT:

    This Court dismissed petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on the basis that he had twice before challenged his 1997 convictions and sentences and had failed to obtain an order from the Eighth Circuit authorizing a second or successive petition as required by 28 U.S.C. § 2244(b). Petitioner filed a notice of appeal and a request for a certificate of appealability.

    Pursuant to 28 U.S.C. § 2253, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right.

> When the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, a COA should issue when the prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling. This construction gives meaning to Congress' requirement that a prisoner demonstrate substantial underlying constitutional claims and is in conformity with the meaning of the "substantial showing" standard . . . Where a plain procedural bar is present and the district court is correct to invoke it to dispose of the case, a reasonable jurist could not conclude either

        that the district court erred in dismissing the petition or that the
        petitioner should be allowed to proceed further.  In such a
        circumstance, no appeal would be warranted.

<u>Slack v. McDaniel</u>, 529 U.S. 473, 484, 120 S.Ct. 1595, 1604, 146 L.Ed.2d 542 (2000) (emphasis supplied).  Petitioner did not and has not made a substantial showing that jurists of reason would find it debatable whether this matter was correctly dismissed for failure obtain permission to file a second or successive petition.

    IT IS HEREBY CERTIFIED that there does not exist probable cause of an appealable issue with respect to the Court's order denying petitioner's petition for a writ of habeas corpus.  Petitioner's application for a certificate of appealability, Doc. 13, is denied.  This in no way hampers the petitioner's ability to request issuance of the certificate by a circuit judge pursuant to Fed. R. App. P. 22.

    DATED this 7th day of May, 2015.

                              BY THE COURT:

                              CHARLES B. KORNMANN
                              United States District Judge